[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-10480

_____

IRISH JENKINS,

Plaintiff-Appellant,

*versus*

KOCH FOODS, INC.,
KOCH FOODS OF ALABAMA, LLC,
MELISSA MCDICKINSON,

Defendants-Appellees,

DAVID BIRCHFIELD,

Defendant.

———————————————

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:17-cv-00364-RAH-JTA

———————————————

Before WILSON and JILL PRYOR, Circuit Judges, and CONWAY,[*] District Judge.

PER CURIAM:

Irish Jenkins appeals the district court's grant of summary judgment in favor of defendants Koch Foods, Inc., Koch Foods of Alabama, LLC, Melissa McDickinson, and David Birchfield on Jenkins's federal claims of sexual harassment and racial harassment and discrimination, as well as various state-law tort claims. After careful consideration of the record and the parties' briefs, and with the benefit of oral argument, we agree with the district court that summary judgment is due to be granted on Jenkins's claims. We thus affirm the summary judgment in the defendants' favor.

**AFFIRMED.**

---

[*] Honorable Anne C. Conway, United States District Judge for the Middle District of Florida, sitting by designation.